RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE  6/29/11
BY ___

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JOSE LEON GONZALEZ-LONGORIA, JR.    DOCKET NO. 11-CV-616; SEC. P

VERSUS                              JUDGE TRIMBLE

ERIC HOLDER, ET AL.                 MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** Petitioner's §2241 application be **DISMISSED** in part for lack of jurisdiction and **DISMISSED WITH PREJUDICE** as to the claim regarding the collection of Petitioner's fine under the Inmate Financial Responsibility Program.

THUS DONE AND SIGNED at _Alexandria_, Louisiana, on this 29th day of _June_, 2011.

_James Trimble_
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE